FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 1 1 2011

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____REDACTED_____DEPUTY
REDACTED FOR
PUBLIC DISCLOSURE

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Jaime Avila, Jr.,<br><br>Defendant. | CR 11 0065 PHX GMS (MHB)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. § 924(a)(1)(A)<br>(False Statement in Connection<br>with the Acquisition of a Firearm)<br>Count 1<br><br>18 U.S.C. § 924(a)(1)(A)<br>(False Statement in Connection<br>with the Acquisition of a Firearm)<br>Count 2 |

THE GRAND JURY CHARGES:

## COUNT 1

On or about June 15, 2010, defendant JAIME AVILA, Jr., knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Scottsdale Gun Club, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, in that defendant executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473, Firearms Transaction Record, representing that his current residential address was a particular address on West Monte Vista Road, in Phoenix, Arizona, when in fact he had not lived at that address for approximately two years and well knew it was not his current residential address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 2

On or about April 24, 2010, defendant JAIME AVILA, Jr., knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Gunnet, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, in that defendant executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473, Firearms Transaction Record, representing that his current residential address was a particular address on West Monte Vista Road, in Phoenix, Arizona, when in fact he had not lived at that address for approximately two years and well knew it was not his current residential address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Date: January 11, 2011

DENNIS K. BURKE
United States Attorney
District of Arizona

/s/

EMORY T. HURLEY
Assistant U.S. Attorney